Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

Tampa Division

| | |
|---|---|
| Evanthony R. Norman<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Sthil SouthEast Inc<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 8:23 cv 1844 CEH-TGW<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Evanthony Norman |
| Street Address | 37240 Valera Ave. |
| City and County | Dade City, Pasco |
| State and Zip Code | Florida 33523 |
| Telephone Number | 352-437-3165 |
| E-mail Address | ERN1001@student.edu.phsc |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: **Sthil Incorporation**
- Job or Title (if known): **Manufacture and Assembly Installation**
- Street Address: **536 Viking Dr**
- City and County: **Virgina Beach**
- State and Zip Code: **Virgina 23452**
- Telephone Number: **(800) 467-8445**
- E-mail Address (if known):

Defendant No. 2
- Name: **Sthil SouthEast, Inc**
- Job or Title (if known): **Distributor**
- Street Address: **2904 Tradeport Drive**
- City and County: **Orlando, Orange**
- State and Zip Code: **Florida 32824**
- Telephone Number: **407-240-7900**
- E-mail Address (if known):

Defendant No. 3
- Name: **Eric J. Partlow - Adam and Reese LLC**
- Job or Title (if known): **Attorney - Legal Counsel's**
- Street Address: **100 N. Tampa Street, Suite 4000**
- City and County: **Tampa - Hillsborough**
- State and Zip Code: **Florida 33602**
- Telephone Number: **(813) 227-5506**
- E-mail Address (if known): **Eric.Partlow@arlaw.com**

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Code "Civil liability for negligent noncompliance"
Florida Statutes "Negligence"
Florida Statutes "Punitive Damages"
Federal Code Regulations "Consumer Safety Standards"

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* **Evanthony Norman**, is a citizen of the State of *(name)* **Florida**.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* __Sthil Manufacture__, is incorporated under the laws of the State of *(name)* __Virgina__, and has its principal place of business in the State of *(name)* __Florida__.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* __Orlando, FL; Dade City, FL__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversey; notwithstanding the amount, to as a result of damages; by cause of actions, to seek recovery such damages; in the amount of ($752,240). Punitive damages 768.73 2.(b) The sum of $500,000 Damages - 2nd Degree leg burn wound; skin disfigurement - scared blood vessels. Casuse of Actions - Personal Injury; causes by cutting saw fuel cap to become ajar (disengaged).

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff (E.N.), pursue civil actions of litigation; by circumstances to liability and fault of Negligence and Product Liability. Plaintiff (E.N.) discovery of evidence, by which is material fact to seek relief for personal injury and damages. The harm caused by, Sthil is the unlawful action; regarding wrongfulness of conduct. In Regards to recalls, defective, and unreasonable dangerous: Place and date of incident (fuel cap to become ajar). to cause of personal injury and damages; 6233 Old HWY 37; Lakeland, FL 33811 - Date: April 22, 2022

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff (E.N.) propose for Court order. Is relief of unwarranted long-term damages of disfigurement to skin/flesh and burn scared blood vessels, from being of 2nd degree burn. Alleged wrong is the neglecting to make proper recall warning/notices; regarding the manufacturing of fuel cap products. Regarding, "the amount of any damages..." Plaintiff (E.N.) designate the amount to be a judgement by tier of fact and/or trial, by jury. Pending on the neglect and damages. To be sought for the relief of anxiety, by distress of suffering long-term (life) damages. Regarding the effect of body appearance, caused by disfigurement of

skin/flesh; and rarely itches from burn sacred blood vessels. Plaintiff belief to claim of Punitive damages. Is monetary compensation to be awarded for the inflicting of damages. By, which the amount to be sought; by tier of fact and/or trial, by jury. Plaintiff reason for claim for entitlement of monetary compensation, subject to punitive damages. Is Plaintiff suffering of incident to cause of personal injury; by which cause of long-term (life) harm of body damages. Subject to disfigurement of skin/flesh; and scared blood vessels from being of 2nd degree burn. Due to malfunctioning of cutting saw (fuel cap to become ajar and disengaged).

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/14/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Evanthony Norman

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____