UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVANTHONY R. NORMAN,

    Plaintiff,

v.                                          Case No: 8:23-cv-1844-CEH-TGW

STHIL SOUTHEAST, INC. and ERIC
J. PARTLOW,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on January 10, 2024 (Doc. 16). In the Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's amended complaint be dismissed without leave to file a second amended complaint and that the case be closed. Plaintiff was provided a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's amended complaint is dismissed without leave to file a second amended complaint.

(3) This action is dismissed for lack of jurisdiction.

(4) The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Tampa, Florida on February 12, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record
Evanthony R. Norman, *pro se*